UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FERNANDO LOPEZ-ARMENTA,<br><br>  Defendant. | CASE NO. **2:21-cr-00132-JCC**<br><br>**DETENTION ORDER** |

The Court conducted a detention hearing under 18 U.S.C. § 3142(f) and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged by indictment with Possession of controlled substances with intent to distribute and carrying a firearm during the commission of a drug trafficking crime. The government proffered defendant is trafficking in a significant amount of fentanyl and that when he was stopped by law enforcement during a controlled buy he was hold a gun in his hand. The facts of the allegation and the nature of the charges create a rebuttable presumption that he is a risk of flight and a danger to the community. The court finds he has not overcome the presumption. Defendant is from Mexico and has lived in this area for about nine years. He appears to be a citizen of Mexico as his Mexican passport was confiscated when he was arrested.

DETENTION ORDER - 1

Although he has a wife and children here, he could not recall the address where he was living. Defendant has some work history but the information he provided conflicts with the information his wife provided. Although Defendant does not have a history of criminal convictions, he has pending felony drug charges filed in King County Superior Court in February 2020. He was released on bond and the current charges involve criminal conduct while he was on bond. The allegation that while on bond he has continued to engage in drug trafficking crimes and is in possession of a gun during the commission crime establishes he is a danger to the community and should be detained.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 25th day of August, 2021.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2