HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FERNANDO LOPEZ-ARMENTA,<br><br>　　　　Defendant. | Cause No. CR 21-132 JCC<br><br>**ORDER CONTINUING PRE-TRIAL MOTIONS DEADLINE** |

This matter comes before the Court on the Defendant's Motion to Continue the Pre-trial Motions deadline from 03/07/2022 to 03/14/2022 and the Court finds that the Defendant has shown good cause for the extension of time.

IT IS THEREFORE ORDERED that the motion is granted.

DATED this 2nd day of March, 2022.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING PRE-TRIAL
MOTIONS DEADLINE - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA 4805
Attorney for Defendant

ORDER CONTINUING PRE-TRIAL
MOTIONS DEADLINE - 2

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818