Judge John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATE OF AMERICA, | No. CR21-132-JCC |
| Plaintiff, | UNOPPOSED MOTION FOR DEFENSE COUNSEL'S EXAMINATION OF SEALED DOCUMENTS IN COURT'S FILE |
| v. | |
| FERNANDO LOPEZ-ARMENTA, | NOTE ON MOTION CALENDAR: May 26, 2023 |
| Defendant. | |

Defendant Fernando Lopez-Armenta, through his recently substituted counsel in this case and counsel in his appeal from judgment in this case pending in Ninth Circuit number 23-618, Randy Baker, respectfully asks this Court to authorize Attorney Baker to read and to copy documents filed in this case under seal for the sole purpose of litigating the appeal. Attorney Baker has consulted with Erika Joyce Evans, Assistant U.S. Attorney for the Western District of Washington, and she stated that the United States does not oppose this motion.

1

UNOPPOSED MOTION FOR
EXAMINATION OF SEALED MATTER

RANDY BAKER
Attorney at Law
600 N. 36th Street, Suite 406
Seattle, WA 98103
(206) 325-3995

Dated this 17th day of May 2023.

        Respectfully submitted,

        /s/ Randy Baker
        Randy Baker, WSBA# 27421
        Randy Baker, Attorney at Law
        600 N. 36th Street, Suite 406
        Seattle, WA 98103
        Tel. 206-325-3995
        rpb@bakerappeal.com

UNOPPOSED MOTION FOR
EXAMINATION OF SEALED MATTER

RANDY BAKER
Attorney at Law
600 N. 36th Street, Suite 406
Seattle, WA 98103
(206) 325-3995