The Hon. John C. Coughenour

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO LOPEZ-ARMENTA,<br><br>Defendant. | NO. CR21-132-JCC<br><br>[PROPOSED]<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture for the following property:

1. A Ruger 1911 .45 caliber semi-automatic pistol, serial number 672-03081, and any associated ammunition

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

1.  At trial, Defendant Fernando Lopez-Armenta was convicted of Possession of a Controlled Substance with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A), and of Carrying a Firearm in

Final Order of Forfeiture - 1
*United States v. Lopez-Armenta,* CR21-132-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1. Commission of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i) (Dkt. No. 98);

2. Because the evidence presented at trial established that the property was used, or intended to be used to commit, or to facilitate the Defendant's commission of Possession of a Controlled Substance with Intent to Distribute and was involved or used in the Defendant's commission of Carrying a Firearm in Commission of a Drug Trafficking Crime, the Court entered a Preliminary Order of Forfeiture, finding the property forfeitable pursuant to 21 U.S.C. § 853(a) and 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), and forfeiting the Defendant's interest in it (Dkt. No. 105);

3. Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) and provided direct notice to two identified potential claimants (Dkt. No. 107; Declaration of Assistant U.S. Attorney Krista K. Bush in Support of Motion for a Final Order of Forfeiture, ¶ 2, Exhibits A-B); and,

4. The time period for filing third-party petitions has expired and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, Homeland Security Investigations, and/or their representatives, are authorized to dispose of the property in accordance with the law.

Final Order of Forfeiture - 2
*United States v. Lopez-Armenta,* CR21-132-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO ORDERED.

DATED this 27th day of June 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Fax: 206-553-6934
Krista.Bush@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Lopez-Armenta,* CR21-132-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970